ALICE M. LANG, as Administratrix, etc., of EARL A. LANG, Deceased, Respondent, v. THE CITY OF TROY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

GEORGE MOCHNAL, Appellant, v. MICHAEL PEGOS and GEORGE PEGOS, Respondents. JOHN C. JONES, JR., Appellant, v. MICHAEL PEGOS and GEORGE PEGOS, Respondents. PETER TUMAS, Appellant, v. MICHAEL PEGOS and GEORGE PEGOS, Respondents. JOHN JONES, SR., Appellant, v. MICHAEL PEGOS and GEORGE PEGOS, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

ROSE ADLER, Appellant, v. ATLAS BRICK CORPORATION and GREYHOUND HOLDING COMPANY, INC., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ISABEL FRIEDRICH, Respondent, against L. HIRSCH & SONS and THE HOME INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of OTTO WENZEL, Appellant, against J. W. KIESLING & SON, INC., ARBUCKLE BROS., Employers, and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.